No. 74–352. MEACHUM, CORRECTIONAL SUPERINTEND-ENT *v.* LAFRANCE; and

No. 74–5458. LAFRANCE *v.* MEACHUM, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Motion of respondent in No. 74–352 for leave to proceed *in forma pauperis* granted. Certiorari denied. Reported below: 499 F. 2d 29.

No. 74–458. NEW JERSEY *v.* GENERAL MOTORS CORP. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 74–463. DANN, COMMISSIONER OF PATENTS *v.* HONEYWELL, INC. C. C. P. A. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari. THE CHIEF JUSTICE and MR. JUSTICE BLACK-MUN took no part in the consideration or decision of this petition.

No. 74–485. MICHIGAN *v.* DAVIS ET AL. Sup. Ct. Mich. Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 74–5027. ALLEN *v.* ROSE, WARDEN. C. A. 6th Cir. Certiorari denied. *Molinaro* v. *New Jersey,* 396 U. S. 365 (1970).

No. 73–6800. BAXTER *v.* UNITED STATES, *ante,* p. 964; and

No. 73–6809. FALKNER *v.* BLANTON, JUDGE, *ante,* p. 977. Petitions for rehearing denied.

No. 73–6605. FOLKS *v.* UNITED STATES, *ante,* p. 849. Motion for leave to file petition for rehearing denied.